# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MONTREZ AUBERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FASTEST MEDIA LLC,<br><br>Defendant. | Case No. 2:22-cv-12426-BAF-CI<br>Hon. Bernard A. Friedman<br><br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE OF GREGORY A. MITCHELL

PLEASE TAKE NOTICE that Gregory A. Mitchell of The Miller Law Firm, P.C. hereby enters his Appearance on behalf of Plaintiffs.

October 11, 2022                              Respectfully submitted,

**THE MILLER LAW FIRM, P.C.**

*/s/ Gregory A. Mitchell*
Gregory A. Mitchell (P68723)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
gam@millerlawpc.com

*Counsel for Plaintiff and the Putative Class*

## **PROOF OF SERVICE**

Gregory Mitchell certifies that on October 11, 2022, he caused to be served Notice of Appearance and this Proof of Service upon all counsel of record via electronic filing system.

/s/ *Gregory Mitchell*
Gregory Mitchell (P68723)
gam@millerlawpc.com
