IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MONTREZ AUBERRY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FASTEST MEDIA LLC,<br><br>    Defendant. | Case No. 2:22-cv-12426-BAF-CI<br><br>Hon. Bernard A. Friedman |

### PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

Plaintiff Montrez Auberry, individually and on behalf of all others similarly situated, respectfully submits this application for a Clerk's entry of default against Defendant Fastest Media LLC pursuant to Federal Rule of Civil Procedure 55(a).

As demonstrated by the record in this action and the declaration of E. Powell Miller (and accompanying exhibits) attached hereto as **Exhibit A**, Defendant Fastest Media LLC has failed to answer, respond to, or otherwise defend this action within the time specified in Federal Rule of Civil Procedure 12(b)(1)(A).

Accordingly, Plaintiff, individually and on behalf of the proposed class, moves for a Clerk's entry of default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). A proposed order entering Clerk's default against Defendant is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated:  March 9, 2023 | Respectfully submitted, |

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Counsel for Plaintiff & Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2023, a true and correct copy of the foregoing was served by electronic service via the Court's CM/ECF service on all counsel or parties of record on the service list in the above-entitled action. I further certify that a true and correct copy of the foregoing is being sent this same date to the persons listed below via prepaid first-class U.S. Mail:

- Fastest Media LLC, 500 N Rainbow Boulevard Station 300A, Las Vegas, Nevada 89107.

/s/ *E. Powell Miller*
E. Powell Miller