# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MONTREZ AUBERRY, individually and on behalf of all others similarly situated, | Case No. 22:22-cv-12426-BAF-CI |
| Plaintiff, | Hon. Bernard A. Friedman |
| v. | |
| FASTEST MEDIA LLC, | |
| Defendant. | |

**DECLARATION OF E. POWELL MILLER IN
SUPPORT OF PLAINTIFF'S APPLICATION FOR CLERK'S
ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

I, E. Powell Miller, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1.      I am one of the attorneys of record for Plaintiff Montrez Auberry and the proposed class in this action, and I submit this declaration in support of Plaintiff's Application for Clerk's Entry of Default pursuant to Federal Rule of Civil Procedure 55(a).

2.      On October 11, 2022, Plaintiff initiated this action by filing the Class Action Complaint against Defendant Fastest Media LLC (ECF No. 1.)   The following day, the Clerk of Court issued a Summons in a Civil Action as to Defendant. (ECF No. 7.)

3.      Defendant is incorporated under the laws of Nevada. (Complaint ¶ 7, PageID.7.) Defendant's authorized agent in Nevada, United States Corporation Agents, Inc., is located at 500 N Rainbow Blvd Ste 300A, Las Vegas, NV 89107. (*See* **Exhibit 1** hereto (copy of Nevada Secretary of State web-based record at https://esos.nv.gov/EntitySearch/BusinessInformation for Fastest Media LLC identifying United States Corporation Agents, Inc. as its registered agent, located at the aforementioned address).)

4.      On October 14, 2022, Susan Kruse, process server, effectuated service on Defendant pursuant to Fed. R. Civ. P. 4 by leaving, during office hours, copies of the summons and Class Action Complaint with Jazmine Santos, manager of United States Corporation Agents, Inc., Defendant's authorized agent, at its office located at 500 N Rainbow Blvd Ste 300A, Las Vegas, NV 89107.  (ECF No. 7 at 2, PageID.540.)

5.      Pursuant to Fed. R. Civ. P. 4, service of the summons and Class Action Complaint was deemed complete on October 14, 2022, when the summons and Class Action Complaint were left with Defendant's authorized agent.

6.      To date, neither Defendant nor its counsel has contacted my co-counsel or me.

7.      More than twenty-one days have elapsed since service was deemed complete on Defendant on October 14, 2022, and Defendant has failed to answer or

respond to the Class Action Complaint or otherwise defend the action as required under Federal Rule of Civil Procedure 12.

8.    Defendant is not an infant, in the military, or an incompetent person.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of March, 2023 at Rochester, Michigan.

/s/ *E. Powell Miller*
E. Powell Miller

# EXHIBIT 1

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

FASTEST MEDIA LLC

**Entity Number:**

E0098852011-4

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

02/22/2011

**NV Business ID:**

NV20111122360

**Termination Date:**

Perpetual

**Annual Report Due Date:**

2/29/2024

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

UNITED STATES CORPORATION AGENTS, INC.

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20181453530

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

500 N. Rainbow Blvd. Ste. 300 A, Las Vegas, NV, 89107, USA

**Mailing Address:**

**Individual with Authority to Act:**

Cheyenne Moseley

**Fictitious Website or Domain Name:**

---

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | Samrat Kothawala | 3651 Lindell Road #320 D, Las Vegas, NV, 89103, USA | 01/19/2022 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History          Name History          Mergers/Conversions

Return to Search        Return to Results