UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Montrez Auberry,

                Plaintiff(s),

v.                                                            Case No. 2:22-cv-12426-BAF-CI
                                                                  Hon. Bernard A. Friedman

Fastest Media LLC,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Fastest Media LLC

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/ D. Peruski
                                               Deputy Clerk

Dated:  March 9, 2023