## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MONTREZ AUBERRY,

       Plaintiff,

-vs-

FASTEST MEDIA, LLC,

       Defendant.

Case No. 2:22-cv-12426-BAF-CI

Hon. Bernard A. Friedman

_____

### STIPULATED ORDER TO SET ASIDE
### CLERK'S ENTRY OF DEFAULT [ECF NO. 10]

This matter is before the Court pursuant to the stipulation of the parties, through undersigned counsel. Pursuant to said stipulation, IT IS ORDERED:

1. The Clerk's Entry of Default against Defendant Fastest Media, LLC (ECF No. 10), entered on March 9, 2023, is hereby SET ASIDE and VACATED.

2. Defendant Fastest Media, LLC, shall have 30 days from the date of this Order to file its responsive pleading to the Complaint filed by Montrez Auberry (ECF No. 1).

**SO ORDERED.**

Dated: August 31, 2023
      Detroit, Michigan

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge

Stipulated and Agreed to this 25th day of August, 2023:

BURSOR & FISHER, P.A().               CLARK HILL PLC

/s/ Joseph I. Marchese (w/consent)     /s/ Bethany G. Stawasz
Joseph I. Marchese                     Bethany G. Stawasz (P75578)
Philip L. Fraietta                     500 Woodward Avenue, Suite 3500
888 Seventh Avenue                     Detroit, MI 48226
New York, NY 10019                     (313) 965-8300
(646) 837-7150                         bstawasz@clarkhill.com
jmarchese@bursor.com
pfraietta@bursor.com                   *Attorneys for Defendant*

THE MILLER LAW FIRM, P.C.
E. Powell Miller 9P39487)
Sharon S. Almonrode (P33938)
950 W. University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

HEDIN HALL LLP
Frank S. Hedin
Arun G. Ravindran
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
(305) 357-2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiff and Putative Class*